**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

HEARN INSULATION            \*
IMPROVEMENT COMPANY, INC.,    \*
                                  \*
      Plaintiff,                     \*
                                  \*
          v.                        \*       Civil Action No. AW-09-990
                                  \*
CARLOS BONILLA, *et al.*,        \*
                                  \*
      Defendants.            \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

For the reasons stated in the foregoing Memorandum Opinion, IT IS this **4th day of June,**

**2009**, by the United States District Court for the District of Maryland, **ORDERED**:

1.     That Defendants' Motion to Dismiss and for Summary Judgment (Docket 12) BE,

       and the same hereby IS, **DENIED**;

2.     That Hearn's Motion for Discovery (Docket No. 22) BE, and the same hereby IS,

       **DENIED**;

3.     That Hearn's Motion for Leave to File Surreply (Docket No. 29) BE, and the same

       hereby IS, **DENIED**;

4.     That a Scheduling Order will issue in this case;

5.     That the Court defers ruling on the pending motion for preliminary injunction

       (Docket No. 6) until a further factual record has been developed; AND

6.     That the Clerk of the Court transmit a copy of this Order to all counsel of record.

                                  _____/s/_____
                                  Alexander Williams, Jr.
                                  United States District Judge